UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,           :     **INDICTMENT**

       - v. -                                **08 CRIM 119**

BIENVENIDO POLANCO,                 :
  a/k/a "Benny,"
                                  :

       Defendant.
                                  :

- - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

On or about October 3, 2007, in the Southern District of New York, BIENVENIDO POLANCO, a/k/a "Benny," the defendant, unlawfully, knowingly, and willfully did receive, possess, conceal, store, barter, sell and dispose of falsely made, forged, altered, and counterfeited tax stamps, moving as, and which were a part of, and which constituted interstate and foreign commerce, knowing the same to have been so falsely made, forged, altered, and counterfeited, to wit, POLANCO sold counterfeit New Jersey cigarette tax stamps while in the Bronx, New York.

(Title 18, United States Code, Sections 2315 and 2.)


_/s/ Rita Sloan_                              _/s/ Michael J. Garcia_
FOREPERSON                                    MICHAEL J. GARCIA
                                               United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 13 2008

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BIENVENIDO POLANCO,
 a/k/a "Benny"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 2315, 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.