UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**UNITED STATES OF AMERICA**

                                                      **1:08-CR-00119-HB**

  v.

**BIENVENIDO POLANCO**
                    Defendant.

                                                   **NOTICE OF APPEARANCE**

_____

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK:**

    You are hereby notified that I represent the Defendant, BIENVENIDO POLANCO, in the above-entitled action.

Dated:  March 12, 2008
          New York, New York

                                        ISMAEL GONZALEZ &
                                        ASSOCIATES, LLC

                                        /s/
                                        Ismael Gonzalez, Esq. (IG-9920)
                                        152 West 36th Street, Suite 202
                                        New York, New York 10018
                                        (212) 714-9610--office
                                        **(917) 940-6626--cell**