**LAW OFFICE OF
ISMAEL GONZALEZ, P.C.**
152 West 36th Street, Suite 202
New York, New York 10018

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

Tel: (212) 465-1500
Fax: (212) 244-5440

March 12, 2008

<u>**VIA FAX (212) 805-7901**</u>
Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Bienvenido Polanco
              08 Cr. 119 (HB)**

Dear Judge Baer:

    I respectfully request a continuance of the pre-trial conference in the above referenced matter currently scheduled for March 20, 2008 at 9:45 AM.

    I was retained to represent Mr. Polanco in the above referenced matter today, March 12, 2008. Unfortunately, I will be out of town from March 19, 2008 through March 26, 2008 and will therefore be unable to attend the scheduled pre-trial conference on March 20, 2008 at 9:45 AM.

    I have relayed the aforementioned news to AUSA Adam S. Hickey and he has consented to an adjournment. I waive speedy trial on behalf of Mr. Polanco.

    Wherefore, I respectfully request Your Honor grant a continuance of the pre-trial conference to either of the following dates/times: March 18, 2008; March 31, 2008, afternoon of April 2, 2008, morning of April 3, 2008, or the afternoon of April 4, 2008.

    Please have Your Honor's clerk notify me of the adjourn date on my cell phone at (917) 940-6626.

Sincerely,
ISMAEL GONZALEZ

cc:    <u>**VIA FAX (212) 637-2527**</u>
       AUSA Adam S. Hickey
       United States Attorney's Office
       Southern District of New York

*[Handwritten endorsement:]* April 3, 2008
SO ORDERED
Harold Baer, Jr., U.S.D.J.
3/14/08