```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

**United States Attorney**
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2008


RECEIVED
MAY 19 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Bienvenido Polanco**,
        **08 Cr. 119 (HB)**

Dear Judge Baer:

    On the defendant's motion, the pre-trial conference before Your Honor that was previously scheduled for today has been adjourned to June 19, 2008, at 12:30 p.m.

    The Government respectfully requests that the Court exclude time from May 19, 2008 until June 19, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(1)(F). On or about May 16, 2008, the defendant filed pre-trial motions. In addition, the ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow defense counsel to engage in any discussions with the Government about a possible disposition of this matter that may be appropriate.

    Defense counsel specifically consented to this request for the exclusion of time in his motion to adjourn the pre-trial conference.

*[Handwritten: Time excluded till June 19, 08
SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 5/19/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Adam S. Hickey
Assistant United States Attorney
(212) 637-1039

cc: Ismael Gonzalez, Esq. (by facsimile)

TOTAL P.02