UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,
          Plaintiff,

  -against-                             NOTICE OF APPEARANCE

BIENVENIDO POLANCO                  08 Cr 119 (HB)
          Defendant.
-----------------------------------------------X

TO:    THE CLERK
        SOUTHERN DISTRICT OF NEW YORK

SIR:   You are hereby notified that I appear for the Defendant BIENVENIDO POLANCO in the above--captioned action.

I am appearing in this action as an assigned attorney under the provisions of the Criminal Justice Act and was admitted to practice in this Court in October 1988.

I do hereby certify that I have filed or will file a certificate of good standing from the New York State Court, Second Department, pursuant to Criminal Rule 1 of the local rules for the Southern and Eastern Districts of New York.

Dated:  New York, New York
          June 19, 2008

                                                             S:/_____

                                                              JOYCE C. LONDON
                                                              Attorney for Defendant
                                                              BIENVENIDO POLANCO
                                                               20 Vesey Street, Suite 400
                                                              New York, New York 10007
                                                              (212) 964-3700

cc:    AUSA Adam Hickey (By ECF)
        Ismael Gonzalez, Esq. (By Fax: 212: 244-5440)